IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
CALVIN TAYLOR                                    Chapter 7

                                                 Case No. 17-17534-JKF
         Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this 8th day of January 2018, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, Calvin Taylor, Pro Se, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to May 1, 2018.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to May 1, 2018..

/s/ Calvin Taylor, Esquire Pro Se

Pro Se, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

DATED: _____

                                      Honorable JEAN K. FITZSIMON
                                      Bankruptcy Judge