*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Calvin Taylor, Jr.
    Debtor(s)

Case No: 17–17534–jkf
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the Final Installment Payment in the amount of $83.00

will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Court

on: 3/28/18

at: 01:30 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 1, 2018

30
Form 175