**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Calvin Taylor Jr. | | CHAPTER 7 |
| Debtor | | |
| Carisbrook Asset Holding Trust | Movant | NO. 17-17534 JKF |
| vs. | | |
| Calvin Taylor Jr. | Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert, Esq. | Trustee | |

**ORDER**

AND NOW, this 2nd day of March, 2018, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 6337 Burbridge Street, Philadelphia, PA 19144 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies. ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_Jean K. FitzSimon (signature)_

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Christine C. Shubert, Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532