United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Calvin Taylor, Jr.  
      Debtor

Case No. 17-17534-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Mar 01, 2018  
                         Form ID: 175         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.  
db          +Calvin Taylor, Jr.,   6337 Burbridge Street,   Philadelphia, PA 19144-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com  
         CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,    J100@ecfcbis.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust KMcDonald@blankrome.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Carisbrook Asset Holding Trust    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Calvin Taylor, Jr.
    Debtor(s)

Case No: 17−17534−jkf
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the Final Installment Payment in the amount of $83.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 3/28/18

at: 01:30 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 1, 2018

30
Form 175