United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17534-jkf
Calvin Taylor, Jr.                                                              Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 02, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db              +Calvin Taylor, Jr.,    6337 Burbridge Street,    Philadelphia, PA 19144-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
        CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
         J100@ecfcbis.com
        KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Carisbrook Asset Holding Trust
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Calvin Taylor Jr.<br>Debtor | | CHAPTER 7 |
| Carisbrook Asset Holding Trust<br>vs.<br>Movant | | NO. 17-17534 JKF |
| Calvin Taylor Jr.<br>Debtor | | 11 U.S.C. Section 362 |
| Christine C. Shubert, Esq.<br>Trustee | | |

## ORDER

AND NOW, this 2nd day of March, 2018, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 6337 Burbridge Street, Philadelphia, PA 19144 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies. ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Christine C. Shubert, Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532