# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Calvin Taylor | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 17-17534-JKF |
| | : | |
| | : | |

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at three (3) scheduled §341 Meetings of Creditors on 1/5/18, 1/9/18 and 3/1/18.

DATED this 9th day of March 2018.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal