**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **Calvin Taylor, Jr.,** | : | |
| Debtor, | : | Case No. 17-17534 (JKF) |

### ORDER TO SHOW CAUSE
### WHY DEBTOR'S CASE
### SHOULD NOT BE DISMISSED

**AND NOW**, this 12th day of March, 2018, the court having been apprised that the debtor has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **March 28, 2018 at 1:30 p.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107