United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17534-jkf
Calvin Taylor, Jr.                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1            Date Rcvd: Mar 13, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db             +Calvin Taylor, Jr.,    6337 Burbridge Street,    Philadelphia, PA 19144-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 7** |
| **Calvin Taylor, Jr.,** | : | |
| **Debtor,** | : | **Case No. 17-17534 (JKF)** |

**ORDER TO SHOW CAUSE
WHY DEBTOR'S CASE
SHOULD NOT BE DISMISSED**

**AND NOW**, this 12th day of March, 2018, the court having been apprised that the debtor has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **March 28, 2018 at 1:30 p.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Calvin Taylor, Jr.
6337 Burbridge Street
Philadelphia, PA 19144

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

2