IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :         Chapter 7
                                                              :
Calvin Taylor, Jr.                                            :
                                                              :
          Debtor(s).                                          :         Bankruptcy No.  17-17534-JKF

## ORDER DISMISSING CASE

AND NOW, this        day of           , 2018, the Court having conducted a hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors, it is hereby

ORDERED that this case is dismissed.

3/28/18

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee

Case 17-17534-jkf    Doc 40    Filed 03/28/18    Entered 03/28/18 16:17:26    Desc Main
Document      Page 2 of 2