United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17534-jkf
Calvin Taylor, Jr.                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Mar 28, 2018
                             Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db              +Calvin Taylor, Jr.,   6337 Burbridge Street,   Philadelphia, PA 19144-2505
14010024         Commonwealth of Pennsylvania,   Department of Revenue,   110 North 8th Street, Suite 204A,
                  Phila., PA 19107-2412
14010022         RounPoint Mortgage Corporation,   PO Box 19409,   Charlotte, NC 28219-9409
14010027        +US Claims,   1221 North Church Street,   Suite 103,   Moorestown, NJ 08057-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:35    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2018 01:50:31    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14010025         E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:35    City of Philadelphia,
                 Department of Revenue,   PO Box 1630,   Phila., PA 19105-1630
14010026         E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:35    City of Philadelphia,
                 Water Revenue Department,   1401 JFK Blvd., Concourse Level,   Phila., PA 19102-1663
14010023         E-mail/Text: cio.bncmail@irs.gov Mar 29 2018 01:49:44    Department of the Treasury,
                 Internal Revenue Service,   Cincinnati, OH 45999-0030
14018283        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:49:58
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                    TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
              J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor   Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 7
                                          :
Calvin Taylor, Jr.                        :
                                          :
                 Debtor(s).               :        Bankruptcy No.  17-17534-JKF

### ORDER DISMISSING CASE

      AND NOW, this     day of     , 2018, the Court having conducted a

hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the

above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors,

it is hereby

      ORDERED that this case is dismissed.

3/28/18

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee